# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| BRENDA ROBERTS, <br><br> Plaintiff, <br><br> vs. <br><br> CAPITAL ONE BANK, N.A., <br><br> Defendant(s). | Case No.: 8:18-cv-00459-CEH-CPT <br><br> **NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

NOW COMES Plaintiff, BRENDA ROBERTS, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settlement the instant matter in its entirety. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously as possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* stipulation of dismissal, with prejudice, within sixty (60) days.

Dated: April 25, 2018

RESPECTFULLY SUBMITTED,
**CRUMLEY LAW FIRM, P.A.**

*By: /s/ Benjamin H. Crumley*
Benjamin H. Crumley
PO Box 6018
Jacksonville, FL 32236
Telephone: (904) 359-5544
Facsimile: (904) 485-8422
Email: ben@cwbfl.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of April, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. The Notice of Settlement has been served on Defendants counsel of record by way of the CM/ECF.

                                        By: /s/ Benjamin H. Crumley
                                              Benjamin H. Crumley, Esq.