UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRENDA ROBERTS,

    Plaintiff,

v.        Case No: 8:18-cv-459-T-36CPT

CAPITAL ONE BANK, N.A.,

    Defendant.
_____/

## **O R D E R**

Before the Court is the Stipulation of Dismissal With Prejudice (Doc. 17). In accord with the Stipulation of Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

1) The Stipulation of Dismissal With Prejudice is **APPROVED** (Doc. 17).

2) This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

3) The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on June 19, 2018.

*[signature: Charlene Edwards Honeywell]*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record